NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 4 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BASSAM YUSUF KHOURY; et al.,

Plaintiffs-Appellees,

v.

NATHALIE ASHER, Field Office Director, ICE; et al.,

Defendants-Appellants.

No.   14-35482

D.C. No. 2:13-cv-01367-RAJ

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Argued and Submitted July 8, 2015
Seattle, Washington

Before: KLEINFELD, NGUYEN, and FRIEDLAND, Circuit Judges.

Defendants appeal from the district court's order certifying a class of alien

detainees and declaring that the class was entitled to bond hearings. The class

comprised aliens who were subjected to mandatory detention under 8 U.S.C.

§ 1226(c) even though they were not detained immediately upon their release from

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

criminal custody. In granting class certification and declaratory relief, the district court concluded that § 1226(c) applies only to aliens who are detained immediately upon their release from criminal custody. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The plain language of § 1226(c) makes clear that mandatory detention applies only to those aliens detained "when [they are] released" from criminal custody. *See Preap v. Johnson*, slip op. at ____. Because the phrase "when . . . released" conveys a degree of immediacy, "§ 1226(c) applies only to those criminal noncitizens who are detained promptly after their release from criminal custody, not to those detained long after." *Id.* at ___. We disagree with the government's arguments under *United States v. Montalvo-Murillo*, 495 U.S. 711 (1990), that it should nonetheless be allowed to hold without bond aliens whose detention is untimely under § 1226(c). *Montalvo-Murillo* is distinguishable. *See Preap v. Johnson*, slip op. at ___.

**AFFIRMED.**